

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Frank R. Salinas,

* From the 118th District
  Court of Howard County,
  Trial Court No. 50077.

Vs. No. 11-15-00082-CV

* May 21, 2015

Jason Isaac Miramontes,

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.